judicial department, entered June 24, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of receiving stolen property.

The motion was made upon the ground that permission to appeal had not been granted.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY WALLON, Appellant.

*Appeal — crimes — appeal without permission to Court of Appeals — motion to dismiss appeal granted.*

People v. *Wallon,* 221 App. Div. 862, appeal dismissed.

(Submitted March 26, 1928; decided April 3, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1927, which dismissed an appeal from a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

The motion was made upon the ground that permission to appeal had not been granted.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.